# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONALD IVAN McCRAY,      )
                                    )
          Plaintiff,      )
                                    )
       v.                   )          1:06CV894
                                      )
ORANGE COUNTY JAIL and   )
DETENTION OFFICER PATSY   )
ROBERTS of Orange County Jail, )
                                    )
         Defendants.    )

## J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 8, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order and Recommendation.

_____
United States District Judge

Date:  February 16, 2007